COUNTY OF HUDSON ET AL., APPELLANTS, v. CIVIL SER-VICE COMMISSION ET AL., RESPONDENTS.

Submitted February 13, 1931—Decided October 19, 1931.

For the appellants, *William A. Kavanagh.*

For the respondents, *William A. Stevens* and *Pierson, Schroeder & Brand.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion in the Supreme Court.

· *For affirmance*—THE CHIEF JUSTICE, PARKER, CAMPBELL, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.